```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```
PATRICIA NIPPER,

    Plaintiff,

v.                              CASE NO:   8:10-cv-498-T-33EAJ

LAKELAND HOTEL INVESTORS, LIMITED

    Defendant.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Report Regarding Settlement (Doc. # 13), which was filed on May 14, 2010. Therein, the parties represent that they met in person on May 13, 2010, in a good faith effort to settle the case but were unable to do so. Accordingly, pursuant to the Court's FLSA Scheduling Order (Doc. # 9 at ¶ 4(4)), Defendant requested a settlement conference before a United States Magistrate Judge. (Doc. # 13).[1]

United States Magistrate Judge Anthony E. Porcelli has

---

[1] United States Magistrate Judge Elizabeth A. Jenkins recently issued an Order that denied Plaintiff's Motion Requesting Limited Discovery Prior to Mediation Before the Federal Magistrate (Doc. # 14). (Doc. # 19). Her discussion, including the following remark in her Order, is relevant to the upcoming settlement conference: "[t]he court agrees with Defendant that a United States Magistrate Judge's assistance may help the parties determine the accuracy of the records without additional discovery. Moreover, Defendant assures the court that Natasha Wyatt will be present or available at the settlement conference to offer information relevant to this issue." (Doc. # 19 at 2).

indicated that he is willing to hold a settlement conference in this case. Accordingly, the Court refers this case to a settlement conference before Judge Porcelli. Judge Porcelli will issue a separate order indicating the date, time, and location of the settlement conference as well as any guidelines that he may impose on the settlement conference.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>7th</u> day of June 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record